# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0465
_____

THOMAS HOME CORPORATION,

Appellant,

v.

EMERALD COAST UTILITIES
AUTHORITY,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

May 27, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Todd M. LaDouceur of Galloway, Johnson, Tompkins, Burr & Smith, P.L.C., Pensacola, for Appellant.

Phillip A. Pugh and Robert O. Beasley of Litvak, Beasley, Wilson & Ball, LLP, Pensacola, for Appellee.